ATTACHMENT 4

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA :
:
vs. : DOCKET NUMBER: 23-CR-20687
:
LEFLORE, Delano :

### ORDER

### HELPING OFFENDERS POSITIVELY EXCEL (H.O.P.E.) PROGRAM

The Court imposes the following reprimand and sanction:

- X  Loss of credit in the HOPE Program for one month (September 19, 2024, to October 16, 2024).
- X  Verbal reprimand to adhere to the following conditions:
  "You must not commit another federal, state or local crime."
  "You shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer."

- ☐ Return to the U.S. Courthouse on _____ to observe the following proceedings: _____
- ☐ Provide a written _____ -page explanation for noncompliant behavior, as directed.
- ☐ Travel restricted as follows: _____
- ☐ Increased drug testing as follows: _____
- ☐ Participation in drug, alcohol, or mental health treatment.
- ☐ Complete _____ hours community service as directed.
- ☐ Comply with the following curfew restrictions or home confinement: _____
- ☐ Defendant shall reside and satisfactorily participate in a Residential Re-Entry Center for _____ days.
- ☐ Serve _____ days in jail, to be released on _____
- ☐ Termination from the H.O.P.E Program.
- ☐ Changes in current treatment: _____

All previously-imposed terms and conditions of your supervised release remain in effect, unless expressly noted otherwise.

Your next H.O.P.E. Program review date is on November 21, 2024 at the U.S. Courthouse in the Eastern District of Michigan.

Dated this 17th day of October 2024.

_____
United States District Judge